\*\* E-filed November 8, 2011 \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION, LLC,<br><br>         Plaintiff,<br>   v.<br><br>PRIMERA TECHNOLOGY, INC.,<br><br>         Defendants.<br>_____/ | No. C11-03409 HRL<br><br>**ORDER RELATING CASES AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 28]** |

At the direction of this court, the parties filed a joint Motion for Administrative Relief to Consider Whether Cases Should be Related (Civil L.R. 3-12). The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case, I find that the more recently filed cases listed below are related to the above-captioned case assigned to me and such cases—to the extent that they are not already assigned to me—shall be reassigned to me.

| | |
|---|---|
| **C11-03410 HRL** | **Innovative Automation LLC v. Mediatechnics Systems, Inc. et al.** |
| **C11-03411 CRB** | **Innovative Automation LLC v. DisCopyLabs** |
| **C11-03412 HRL** | **Innovative Automation LLC v. Acutrack, Inc.** |
| **C11-04224 HRL** | **Rimage Corp. v. Innovative Automation LLC** |

Counsel are instructed that all future filings in any reassigned case are to bear my initials immediately after the case number. All previously set case management dates are VACATED. This court will hold a Case Management Conference in ALL five cases on **November 30, 2011 at 1:30**

**p.m.** in Courtroom 2, Fifth Floor, Robert F. Peckham Federal Courthouse, San Jose, CA. All counsel in all cases will meet and confer and cooperate in the preparation of a single Joint Case Management Conference Statement to be filed by November 22, 2011. Counsel shall comply with Fed. R. Civ. P. 26(f), Civil L. R. 16-8 and 16-9, and Patent L. R. 3-1 through 3-6. The court also seeks input from counsel on how to most efficiently manage these related cases, avoiding needless duplication of effort while assuring the legitimate interests of each party are appropriately observed.

**IT IS SO ORDERED.**

Dated: November 8, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** November 8, 2011        **By:**  /s/ Angela Markle

**Chambers of Magistrate Judge Lloyd**

**C11-03409 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Adam Gutride | adam@gutridesafier.com |
| Seth Adam Safier | seth@gutridesafier.com |
| Todd Michael Kennedy | todd@gutridesafier.com |
| Victoria L.H. Booke | vbooke@gmail.com |
| Martin R. Glick | mglick@howardrice.com |
| Edward Andrew Bayley | ebayley@howardrice.com |
| Jeffrey M. Fisher | jfisher@fbm.com |
| Julie B. Wahlstrand | jwahlstrand@fbm.com |
| Clifford R. Horner | chorner@hornersinger.com |
| Sterling Arthur Brennan | sbrennan@wnlaw.com |
| Thomas Dubberke | tdubberke@beesontayer.com |
| Tyson Keith Hottinger | thottinger@wnlaw.com |
| Charles J. Veverka | cveverka@wnlaw.com |
| Sterling Arthur Brennan | sbrennan@wnlaw.com |

**Notice will be provided by mail to:**

Thomas E. Cherry
Coptech Digital, Inc
100 Cimmings Park
Woburn, MA 01801

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**