**United States District Court**
For the Northern District of California

1    **\*\* E-filed January 18, 2012 \*\***

2

3

4

5

6

7                          NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11   INNOVATIVE AUTOMATION, LLC,              No. C11-03410 HRL

12              Plaintiff,                    **ORDER SEVERING A
                 v.                           CONSOLIDATED CASE AND**
13                                            **DIRECTING REASSIGNMENT TO A**
     MEDIATECHNIC SYSTEMS, INC.; et al.,      **DISTRICT JUDGE**
14
                Defendants.
15   _____/

16   INNOVATIVE AUTOMATION, LLC,              No. C11-03411 HRL

17              Plaintiff,
                 v.
18
     DISCOPYLABS,
19
                Defendant.
20   _____/

21
     INNOVATIVE AUTOMATION, LLC,              No. C11-03412 HRL
22
                Plaintiff,
23               v.

24   ACUTRACK, INC.,

25              Defendant.
     _____/
26

27   RIMAGE CORPORATION,                      No. C11-04224 HRL

28              Plaintiff,
                 v.

**United States District Court**
For the Northern District of California

1   INNOVATIVE AUTOMATION, LLC,

2          Defendant.

3   _____/

4          As of December 1, 2011, all parties who had appeared in the above-captioned patent cases

5   had consented to magistrate judge jurisdiction, and, as a result of a related case ruling by the

6   undersigned, all were assigned to this court. All were then consolidated for purposes of claims

7   construction, and this court issued a scheduling order.[1]

8          However, upon plaintiff's motion this court permitted the filing of a First Amended

9   Complaint in action C11-03410 that added additional defendants. Some of these defendants have

10  appeared in the action and filed a declination to proceed before a magistrate judge. Accordingly,

11  Innovative Automation, LLC v. Mediatechnic Solutions, et al., C11-03410, is hereby severed from

12  the other consolidated cases so that it may be reassigned to a district judge.

13         **IT IS SO ORDERED.**

14  Dated: January 18, 2012

15                                          _____
                                            HOWARD R. LLOYD
16                                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28  _____
    [1] Innovative Automation v. Primera, C11-03409-HRL, was also consolidated for claims
    construction, but since then it has settled and been dismissed,

2

**C11-03409, C11-03410, C11-03411, C11-03412, C11-04224 Notice will be electronically mailed to:**

| | |
|---|---|
| Adam Gutride | adam@gutridesafier.com |
| Seth Adam Safier | seth@gutridesafier.com |
| Todd Michael Kennedy | todd@gutridesafier.com |
| Victoria L.H. Booke | vbooke@gmail.com |
| Martin R. Glick | mglick@howardrice.com |
| Edward Andrew Bayley | ebayley@howardrice.com |
| Jeffrey M. Fisher | jfisher@fbm.com |
| Julie B. Wahlstrand | jwahlstrand@fbm.com |
| Clifford R. Horner | chorner@hornersinger.com |
| Sterling Arthur Brennan | sbrennan@wnlaw.com |
| Thomas Dubberke | tdubberke@beesontayer.com |
| Tyson Keith Hottinger | thottinger@wnlaw.com |
| Charles J. Veverka | cveverka@wnlaw.com |
| Sterling Arthur Brennan | sbrennan@wnlaw.com |
| Jen-Feng Lee | jflee@ltpacificlaw.com |

**Notice will be provided by mail to:**

Thomas E. Cherry
Coptech Digital, Inc.
100 Cimmings Park Woburn, MA 01801


**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

**United States District Court**
For the Northern District of California

3

United States **District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28