**\*\* E-filed January 18, 2012 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION, LLC,<br><br>        Plaintiff,<br>   v.<br><br>MEDIATECHNIC SYSTEMS, INC.; et al.,<br><br>        Defendants.<br>_____/ | No. C11-03410 HRL<br><br>**ORDER SEVERING A CONSOLIDATED CASE AND DIRECTING REASSIGNMENT TO A DISTRICT JUDGE** |
| INNOVATIVE AUTOMATION, LLC,<br><br>        Plaintiff,<br>   v.<br><br>DISCOPYLABS,<br><br>        Defendant.<br>_____/ | No. C11-03411 HRL |
| INNOVATIVE AUTOMATION, LLC,<br><br>       Plaintiff,<br>   v.<br><br>ACUTRACK, INC.,<br><br>       Defendant.<br>_____/ | No. C11-03412 HRL |
| RIMAGE CORPORATION,<br><br>       Plaintiff,<br>   v. | No. C11-04224 HRL |

United States District Court<br>For the Northern District of California

INNOVATIVE AUTOMATION, LLC,

    Defendant.

    As of December 1, 2011, all parties who had appeared in the above-captioned patent cases had consented to magistrate judge jurisdiction, and, as a result of a related case ruling by the undersigned, all were assigned to this court. All were then consolidated for purposes of claims construction, and this court issued a scheduling order.[1]

    However, upon plaintiff's motion this court permitted the filing of a First Amended Complaint in action C11-03410 that added additional defendants. Some of these defendants have appeared in the action and filed a declination to proceed before a magistrate judge. Accordingly, Innovative Automation, LLC v. Mediatechnic Solutions, et al., C11-03410, is hereby severed from the other consolidated cases so that it may be reassigned to a district judge.

**IT IS SO ORDERED.**

Dated: January 18, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Innovative Automation v. Primera, C11-03409-HRL, was also consolidated for claims construction, but since then it has settled and been dismissed,

**C11-03409, C11-03410, C11-03411, C11-03412, C11-04224 Notice will be electronically mailed to:**

| | |
|---|---|
| Adam Gutride | adam@gutridesafier.com |
| Seth Adam Safier | seth@gutridesafier.com |
| Todd Michael Kennedy | todd@gutridesafier.com |
| Victoria L.H. Booke | vbooke@gmail.com |
| Martin R. Glick | mglick@howardrice.com |
| Edward Andrew Bayley | ebayley@howardrice.com |
| Jeffrey M. Fisher | jfisher@fbm.com |
| Julie B. Wahlstrand | jwahlstrand@fbm.com |
| Clifford R. Horner | chorner@hornersinger.com |
| Sterling Arthur Brennan | sbrennan@wnlaw.com |
| Thomas Dubberke | tdubberke@beesontayer.com |
| Tyson Keith Hottinger | thottinger@wnlaw.com |
| Charles J. Veverka | cveverka@wnlaw.com |
| Sterling Arthur Brennan | sbrennan@wnlaw.com |
| Jen-Feng Lee | jflee@ltpacificlaw.com |

**Notice will be provided by mail to:**

Thomas E. Cherry
Coptech Digital, Inc.
100 Cimmings Park Woburn, MA 01801

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

3